UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ANO KOUAOH

Case No.: 17-32735-VFP  
Chapter: 7  
Judge: Vincent F. Papalia

**NOTICE OF PROPOSED ABANDONMENT**

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
United States Bankruptcy Court  
50 Walnut Street  
3rd Floor  
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on _____January 17, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
Real property located at 18 Fundus Road, West Orange, New Jersey  
Value: $192,500.00

Liens on property:  
Fay Servicing  
$297,000.00

Amount of equity claimed as exempt:  
$0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee  
Address: 396 Route 34, Matawan, New Jersey 07747  
Telephone No.: (732) 566-1189

*rev.8/1/15*

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                                Case No. 17-32735-VFP
Ano Kouaoh                                                            Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Dec 13, 2017
                            Form ID: pdf905          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.

```
db              +Ano Kouaoh,    18 Fundus Road,    West Orange, NJ 07052-3511
517169494       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
517169495       +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
517169496       +Comenity Bank,    Attn Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
517169498       +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517169499       +Hill Wallack LLP,    21 Roszel Rd,    Princeton, NJ 08540-6205
517169502       +Macys,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
517169503       +Mary Kouaoh,    18 Fundus Road,    West Orange, NJ 07052-3511
517169501      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Lexus Financial Services,     12735 MOrris Road,    Ext. A,
                  Alpharetta, GA 30004)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2017 23:28:48     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2017 23:28:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 23:26:25
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517169497        E-mail/Text: mrdiscen@discover.com Dec 13 2017 23:28:03      Discover,    PO Box 15316,
                 Wilmington, DE 19850
517169500       +E-mail/Text: cio.bncmail@irs.gov Dec 13 2017 23:28:18      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517169504       +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 23:26:41      Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517172222       +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 23:26:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
        Arnold R. Schlisserman    on behalf of Debtor Ano  Kouaoh aschlisserman@aschlisserman.com, aschlisserman@aschlisserman.com
        David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
        Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 4