**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ano Kouaoh<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0935<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–32735–VFP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ano Kouaoh
dba Ano Kouah

2/9/18

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                                Case No. 17-32735-VFP
Ano Kouaoh                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Feb 09, 2018
                              Form ID: 318             Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db             +Ano Kouaoh,    18 Fundus Road,    West Orange, NJ 07052-3511
517169495      +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
517169498      +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517169499      +Hill Wallack LLP,    21 Roszel Rd,    Princeton, NJ 08540-6205
517169503      +Mary Kouaoh,    18 Fundus Road,    West Orange, NJ 07052-3511
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2018 21:30:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2018 21:30:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ   07102-5235
cr             +EDI: RMSC.COM Feb 09 2018 21:28:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517169494      +EDI: AMEREXPR.COM Feb 09 2018 21:28:00     American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517169496      +EDI: WFNNB.COM Feb 09 2018 21:28:00     Comenity Bank,    Attn Bankruptcy Department,
                 PO Box 182125,    Columbus, OH 43218-2125
517169497       EDI: DISCOVER.COM Feb 09 2018 21:28:00     Discover,    PO Box 15316,    Wilmington, DE 19850
517169500      +EDI: IRS.COM Feb 09 2018 21:28:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517169502      +EDI: TSYS2.COM Feb 09 2018 21:28:00     Macys,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
517169504      +EDI: RMSC.COM Feb 09 2018 21:28:00     Synchrony Bank,    Attn: Bankruptcy Dept,    PO Box 965060,
                 Orlando, FL 32896-5060
517172222      +EDI: RMSC.COM Feb 09 2018 21:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517169501       EDI: TFSR.COM Feb 09 2018 21:28:00     Lexus Financial Services,    12735 MOrris Road,   Ext. A,
                 Alpharetta, GA 30004
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              Arnold R. Schlisserman    on behalf of Debtor Ano  Kouaoh aschlisserman@aschlisserman.com,
               aschlisserman@aschlisserman.com
              Brian C. Nicholas    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Julian Theodore Cotton    julian.cotton@bonialpc.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```